# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

U.S.A. vs. Jerome E. Farmer, Jr.                                  Docket No. 5:09-M-1551-1

### Petition for Action on Probation

COMES NOW Mindy L. Threlkeld, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jerome E. Farmer, Jr., who, upon an earlier plea of guilty to 18 U.S.C. §13, assimilating N.C.G.S. 20-138.1, Driving While Impaired - Level 2, and 18 U.S.C. §13, assimilating N.C.G.S. 20-141.5(a), Speeding to Elude Arrest, was sentenced by the Honorable James E. Gates, U.S. Magistrate Judge, on January 13, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall obtain a substance abuse assessment from an appropriate mental health facility within thirty (30) days from the date of this judgment and complete any prescribed treatment program. The defendant must pay the assessment fee and any added treatment fees that may be charged by the facility.

2. It is further ordered that the defendant shall participate in any other Alcohol/Drug Rehabilitation and Education program as directed by the U.S. Probation Office.

3. The defendant shall not operate a motor vehicle on the highways of the State of North Carolina until his privilege to do so is restored in accordance with law.

4. The defendant shall abstain from the use of any alcoholic beverages, shall not associate with individuals consuming alcoholic beverages, shall not frequent business establishments whose primary product to the consumer is alcoholic beverages, and shall not use any medication containing alcohol without the permission of the probation office or a prescription from a licensed physician.

5. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

6. The defendant shall be confined in the custody of the Bureau of Prisons for a period of 30 days as arranged by the probation office.

Jerome E. Farmer, Jr.
Docket No. 5:09-M-1551-1
Petition For Action
Page 2

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant still has two hours remaining of his DWI treatment classes and a balance on his fine of $1,157.00. The defendant has been in and out of the hospital and was unable to work for several weeks. He recently obtained employment as a cook with the juvenile justice correctional facility and it is recommended that probation be extended three months to allow the defendant time to complete his DWI classes and pay the balance on his financial obligation to the court.

      The defendant signed a Waiver of Hearing agreeing to the proposed extension of supervision.

      **PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

      That the term of supervision be extended for a period of 3 months, from January 12, 2011 to April 12, 2011.

      Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Mindy L. Threlkeld
Mindy L. Threlkeld
U.S. Probation Officer
310 Dick Street
Fayetteville, NC 28301-5730
Phone: (910) 483-8613
Executed On: December 2, 2010

## ORDER OF COURT

Considered and ordered this 2 day of December, 2010, and ordered filed and made a part of the records in the above case.

_____
James E. Gates
U.S. Magistrate Judge